## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11-cv-268-MOC-DSC

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **ORDER** |
| ) | |
| **vs.** ) | |
| ) | |
| **AQUA AMERICA-GABELLI ASSET MGT, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Ricardo Solano, Jr.]" (document #38). For the reasons stated therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.                    Signed: August 2, 2011

David S. Cayer
United States Magistrate Judge